| ☐ County Court  ☒ District Court | |
|---|---|
| County, Colorado<br><br>United States District Court<br>Colorado | |
| Plaintiff: MICHAEL BOULTER; CANNON LAND CO.; MICHAEL IMIG; MARILYN SCHNEIDER; CHERYL L. KASTEN; KAREN S. CURRIER; CARLENE M. STROH; ROY WARDELL LIVING TRUST; BARCLAY FARMS, LLC; JOHN R. MOSER; RICHARD S. RALPH TRUST; DWAIN BURKHARDT; BOOTH BROS. LAND & LIVESTOCK, GP; AND I.R. BOOTH & SONS, INC.,<br><br>v.<br><br>Defendant: ANADARKO E&P ONSHORE, LLC; ANADARKO LAND CORPORATION; AND KERR-MCGEE OIL AND GAS ONSHORE, L.P. | ▲  **COURT USE ONLY**  ▲ |
| Attorney or Party Without Attorney:<br><br>Phone Number:              E-mail:<br>FAX Number:              Atty. Reg. #: | Case Number: 1:26-CV-00290-SKC-CYC<br><br>Division_____ Courtroom_____ |
| **RETURN OF SERVICE** | |

Received by Professional Process Servers, LLC to be served on **Anadarko E&P Onshore, LLC c/o CT Corporation System, 7700 E. Arapahoe Rd., Ste 220, Centennial, CO 80112**.

I, Mark Jurim, do hereby affirm that on the **21st day of April, 2026** at **12:41 pm, I**:

served an **AUTHORIZED** entity by delivering a true copy of the **Summons and Complaint; Exhibits** to: **Taina Pelham** as **Clerk for Registered Agent** at the address of: **7700 E. Arapahoe Rd., Ste 220, Centennial, CO 80112**, who stated they are authorized to accept service for **Anadarko E&P Onshore, LLC**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

_____
Signature of Process Server

**Mark Jurim** _____
Process Server

Professional Process Servers, LLC
998 East Davies Avenue
Centennial, CO 80122
(303) 515-7250

Reference: Anadarko Land              RETURN OF SERVICE              Page 1 of 1
Job Number: LSK-2026001484